# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| **DEBRA MORRIS, et al.** | § § | |
| **V.** | § § | No. 9:16-cv-35 |
| **AIRCON CORPORATION, et al.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation of United States Magistrate Judge Zack Hawthorn (Doc. No. 46), which recommends denying Defendant Global Asset Protection Services LLC's ("Global Asset") "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Doc. No. 7), Defendant GreCon, Inc.'s ("GreCon") "Rule 12(b)(6) Partial Motion to Dismiss" (Doc. No. 12), and Defendant AirCon Corporation's ("AirCon") "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Doc. No. 14) as moot. No objections have been filed to Judge Hawthorn's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that Judge Hawthorn's report and recommendation (Doc. No. 46) is **ADOPTED**. Global Asset, GreCon and AirCon's motions to dismiss are **DENIED AS MOOT**.

So **ORDERED** and **SIGNED** this **31** day of **January, 2017.**

_____
Ron Clark, United States District Judge