IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **DEBRA MORRIS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH W. MORRIS, ASHLEY MORRIS, AMANDA MORRIS WRIGHT, JIMMY WILLIAMS, REBECCA WILLIAMS, ORLANDO ORDAZ, AND ROY McCOLLOUGH,** | § § § § § § § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION FILE NO. 9:16-cv-00035-RC** |
| **vs.** | § § § | |
| **AIRCON CORPORATION, GRECON, INC., MID-SOUTH ENGINEERING COMPANY, and GLOBAL ASSET PROTECTION SERVICES LLC** | § § § § § § § | |
| **Defendants.** | § § | |

## AFFIDAVIT OF MICHAEL E. CLARK

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| HARRIS COUNTY | § |

Before me, the undersigned notary, on this date personally appeared Michael E. Clark, the Affiant, a person whose identity is known to me. After I administered an oath to Affiant, Affiant testified:

      1.     My name is Michael E. Clark.

      2.     I am counsel of record for Defendant, Global Asset Protection Services LLC ("GAPS"). I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct, and I could testify to them competently if called upon to do so.

DM1\7755301.1

3.      Attached as **Exhibit A-1** is true and correct copy of the April 17, 2017 expert report of Jeff Harrington.

4.      Attached as **Exhibit A-2** is true and correct copy of the March 16, 2017 expert report of Frank E. Hagan.

5.      Attached as **Exhibit A-3** is true and correct copy of the April 27, 2014 statement of Jesus Villanueva, Jr. as produced in *Ralph Figgs v. Georgia-Pacific LLC et. al*, Cause No. 2016-26100, pending in the 129th District Court in Harris County, Texas and reproduced in this matter.

6.      Attached as **Exhibit A-4** is true and correct copy of the April 27, 2014 statement of Jesus Reyes, as produced in *Ralph Figgs v. Georgia-Pacific LLC et. al*, Cause No. 2016-26100, pending in the 129th District Court in Harris County, Texas and reproduced in this matter.

7.      Attached as **Exhibit A-5** is true and correct copy of the April 27, 2014 statement of Jeromy Heath Nelson, as produced in *Ralph Figgs v. Georgia-Pacific LLC et. al*, Cause No. 2016-26100, pending in the 129th District Court in Harris County, Texas and reproduced in this matter.

8.      Attached as **Exhibit A-6** is true and correct copy of the April 27, 2014 U.S. Department of Labor Occupational Safety and Health Administration Inspection Number 974475, as produced in *Ralph Figgs v. Georgia-Pacific LLC et. al*, Cause No. 2016-26100, pending in the 129th District Court in Harris County, Texas and reproduced in this matter.

9.      Attached as **Exhibit A-7** is true and correct copy of the Georgia Pacific Emergency Response Manual Grecon Dust System Corrigan, Texas, as produced in *Ralph*

2

*Figgs v. Georgia-Pacific LLC et. al*, Cause No. 2016-26100, pending in the 129th District

Court in Harris County, Texas and reproduced in this matter.

Further Affiant Sayeth Not.

Michael E. Clark

Sworn to and subscribed before me
by Melissa Grisales this 21st day of
April, 2017

Notary Public

Notary Public in and for the State of Texas

My commission expires: 12.29.18

MELISSA GRISALES
Notary ID # 128480883
My Commission Expires
December 29, 2018

3