IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| DEBRA MORRIS, et al. | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. 9:16-cv-35 |
| | § | |
| AIRCON CORPORATION, et al. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The court has received the report of United States Magistrate Judge Zack Hawthorn, which recommends denying Defendant GreCon Inc. ("GreCon") and Defendant Global Asset Protection Services, LLC's ("GAPS") motions to designate responsible third parties. Doc No. 129. No objections have been received, and the time for so doing has passed. It is, therefore, **ORDERED** that Judge Hawthorn's report and recommendation is **ADOPTED**. Defendants GreCon and GAPS's motions to designate responsible third parties (Doc. Nos. 102, 128) are **DENIED AS MOOT**, to the extent that Georgia-Pacific, LLC and Georgia Wood Products South, LLC (collectively, "Georgia-Pacific") will be deemed a "settling party" within the meaning of § 33.003(a) of the Texas Civil Practice and Remedies Code.

**So Ordered and Signed**
Jul 6, 2017

_____
Ron Clark, United States District Judge